```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Espinoza et al.,
                          Plaintiffs,

          -against-                            19 Civ. 258
                                                 ORDER

Port Authority of NY/NJ,


                          Defendant.
---------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiffs' letter of December 3, 2019 and Defendants' December 6, 2019 response. The Court agrees with Defendant that Plaintiffs' letter fails to explain the nature of the proposed amendments to the Complaint, or why "justice . . . requires" granting leave to amend the Complaint.

Accordingly, Plaintiffs are to file by January 7, 2020 a letter explaining the nature of and bases for the proposed amendments to the Complaint. Defendant shall submit any response by January 17, 2020.

SO ORDERED.

DATED:    December 19, 2019
          New York, New York

                                    _____
                                         Deborah A. Batts
                                    United States District Judge