```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2021
```

# PAWAR LAW GROUP
### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

ROBERT BLOSSNER
VIK PAWAR

NEW JERSEY OFFICE:

6 SOUTH STREET, SUITE 201
MORRISTOWN, NEW JERSEY

March 29, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge

Re:     *Espinoza et al., v. Port Authority of NY/NJ,* 19 CV 258 (AT)

Dear Judge Torres:

      I represent the plaintiffs in this action. There is a final conference scheduled before Your Honor on April 5, 2021. I respectfully request that the Court adjourn the conference to a time and date after April 15, 2021 or move forward with the conference as a status cnference.

      First, based on the attached letter, the Honorable Judge Netburn extended the discovery deadline to April 15, 2021. The parties are hopeful that discovery can be completed by that date.

      Therefore, I request that either the Court adjourn the conference or set it down as a status conference.

      Thank you.

GRANTED. The case management conference scheduled for **April 5, 2021**, is ADJOURNED to **May 4, 2021**, at **11:00 a.m**. By **April 27, 2021**, the parties shall file their joint status letter.

SO ORDERED.

Dated: April 2, 2021
      New York, New York

ANALISA TORRES
United States District Judge

1