```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL ESPINOZA, et al.,

                    **Plaintiffs,**                    19-CV-00258 (AT) (SN)

      -against-                                      **ORDER**

PORT AUTHORITY OF NY & NJ,

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 21, 2021, the parties appeared before the Court for a discovery conference. As discussed there, all ORDERED discovery shall be completed by April 30, 2021, including: inspection of memo books; exchange of organizational charts; documents of Plaintiff Espinoza's transfers and grievances; post responsibilities including vehicle; dates, titles, and records of trainings; production of the names of the comparator Caucasian officers; exchange of Plaintiffs' expert report; and documents regarding requests 32–33, narrowed through a meet and confer. Fact discovery is extended to May 28, 2021. On that date, the parties shall file a joint letter indicating whether expert discovery is needed, and if so, proposing a reasonable briefing schedule. The parties should also propose a reasonable briefing schedule for anticipated summary judgment. Finally, the parties should indicate if they believe a settlement conference may be productive.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     April 23, 2021
              New York, New York