USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL ESPINOZA, et al.,

                **Plaintiffs,**

-against-

PORT AUTHORITY OF NY & NJ,

                **Defendant.**

-----------------------------------------------------------------X

19-CV-00258 (AT) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A telephonic discovery conference is scheduled for June 10, 2021, at 3:30 p.m. to discuss the discovery issues raised in the parties' letters. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties is strongly encouraged to resolve as many of the identified disputes as possible without Court intervention, before the scheduled conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 8, 2021
       New York, New York