```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL ESPINOZA, et al.,

                     **Plaintiffs,**                                 19-CV-00258 (AT) (SN)

       -against-                                               **ORDER**

PORT AUTHORITY OF NY & NJ,

                     **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A telephonic discovery conference was held on June 10, 2021. As discussed at that conference:

(1) Fact discovery is extended one final time to July 9, 2021. It will not be further extended, regardless of circumstances;

(2) The motion for summary judgment is due August 9, 2021;

(3) Any oppositions are due September 10, 2021;

(4) Any reply is due September 24, 2021; and

(5) Expert discovery, if any, will be conducted after a decision on the motions for discovery judgment. No party will be entitled to file a subsequent motion for summary judgment following the close of expert discovery.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

Dated: June 10, 2021
       New York, New York