```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/15/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL ESPINOZA and VICTOR ROSADO,

                    Plaintiffs,

-against-

PORT AUTHORITY OF NY & NJ,

                    Defendant.

19 Civ. 258 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for June 15, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: June 15, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge