UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL ESPINOZA and VICTOR ROSADO,

                           Plaintiffs,

        -against-                                    19 **CIVIL** 258 (AT)

### JUDGMENT

PORT AUTHORITY OF NY & NJ,

                           Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 2, 2022, the Port Authority's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 2, 2022

                                                           **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                               **BY:**

                                                          **Deputy Clerk**